IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LYNN NEAL MOORE, et al.          :

    Plaintiffs                :

v.                                :   Case No. 8-17-cv-3398 DKC

SHIRLEY CONTRACTING COMPANY,
LLC, et al.
                                  :
    Defendants
                                  :

*****************************************************************

## ORDER

The parties stipulated to dismiss the above-captioned action based upon their agreement to go forward in the Circuit Court for Charles County, Maryland under Case No. C-08-CV-18-000051 and upon the request of the parties and consideration by this Court, it is thereupon this 30th day of Jan., 2018 by the United States District Court for the District of Maryland

ORDERED, that the above-captioned action is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2) and said dismissal shall be with prejudice in this Court but will not operate as an adjudication on the merits of this matter now pending in the Circuit Court for Charles County, Maryland under Case No. C-08-CV-18-000051.

                                        _____
                                        United States District Court Judge